IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| EDDIE MUNOZ, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. SA-23-CA-870-FB |
| | § | |
| SOUTHERN FOODSERVICE | § | |
| MANAGEMENT, INC., and BROOKE | § | |
| ARMY MEDICAL CENTER (BAMC), | § | |
| | § | |
| *Defendants*. | § | |

## **JUDGMENT**

The Court considered the Judgment to be entered in this case. Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge signed this date,

IT IS ORDERED, ADJUDGED and DECREED that the Report and Recommendation of United States Magistrate Judge (docket no. 38) is ACCEPTED pursuant to 28 U.S.C. § 636(b)(1) such that Co-Defendant Southern Foodservice Management, Inc.'s Motion to Dismiss (docket no. 17) is GRANTED and Defendant Brooke Army Medical Center's Motion to Dismiss (docket no. 24) is GRANTED in PART and DISMISSED as MOOT in PART.

IT IS FINALLY ORDERED, ADJUDGED and DECREED that remaining motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 19th day of August, 2024.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE